```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 15-00528-RNO
Gregory E Tracy                                                     Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1       User: LyndseyPr            Page 1 of 1            Date Rcvd: Jun 14, 2017
                           Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2017.
db             +Gregory E Tracy,    266 Dewey Street,    Mt Wolf, PA 17347-9541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Joshua I Goldman     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Steven P. Miner     on behalf of Debtor Gregory E Tracy sminer@daleyzucker.com,
               aewing@daleyzucker.com
              Thomas I Puleo     on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Case No. 1-15-bk-00528-RNO |
| Gregory E. Tracy | : Chapter 13 |
| | : |
| Debtor(s) | : |

### ORDER

Upon consideration of the Application for Approval of Interim Compensation and Expenses of the Debtor, and it appearing that the Relief requested therein is appropriate, it is hereby,

**ORDERED** that the request of Daley Zucker Meilton & Miner, LLC, 635 N. 12th Street, Suite 101, Lemoyne, PA 17043 to receive the sum of $1,999.36 for fees and the sum of $10.07 for costs is APPROVED.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: June 14, 2017