# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    GREGORY E. TRACY                    Case No.: 1-15-00528-HWV

                                                           Chapter 13

                Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                  **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | NATIONSTAR MORTGAGE |
| Court Claim Number: | 03 |
| Last Four of Loan Number: | 6620/PRE ARREARS/266 DEWEY |
| Property Address if applicable: | 266 DEWEY STREET, , MT WOLF, PA 17347 |

**PART 2:**                  **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,523.00 |
| b. | Prepetition arrearages paid by the Trustee: | $1,523.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $1,523.00 |

**PART 3:**                  **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: March 23, 2020             Respectfully submitted,

            s/ Charles J. DeHart, III, Trustee
            Standing Chapter 13 Trustee
            Suite A, 8125 Adams Drive
            Hummelstown, PA 17036
            Phone: (717) 566-6097
            Fax: (717) 566-8313
            eMail: dehartstaff@pamd13trustee.com

Creditor Name:  NATIONSTAR MORTGAGE
Court Claim Number:  03

```
    CLM #    CHECK #      DATE        PRIN PAID      INT PAID    TOTAL DISB

    5200     1150242    06/14/2016     $305.03        $0.00        $305.03
    5200     1151768    07/07/2016     $377.20        $0.00        $377.20
    5200     1153234    08/04/2016     $377.20        $0.00        $377.20
    5200     1154786    09/01/2016     $379.60        $0.00        $379.60
    5200     1156419    10/05/2016      $83.97        $0.00         $83.97
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

GREGORY E.TRACY  Case No.: 1-15-00528-HWV
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 23, 2020, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| STEVEN P MINER ESQUIRE<br>635 N 12TH STREET STE 101<br>LEMOYNE PA, 17043- | SERVED ELECTRONICALLY |
| NATIONSTAR MORTGAGE, LLC<br>PO BOX 619096<br>DALLAS, TX, 75261-9741 | SERVED BY 1ST CLASS MAIL |
| GREGORY E.TRACY<br>266 DEWEY STREET<br>MT WOLF, PA 17347 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 23, 2020

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com