Certificate Number: 12433-PAM-DE-034278647

Bankruptcy Case Number: 15-00528



12433-PAM-DE-034278647

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>March 26, 2020</u>, at <u>9:52</u> o'clock <u>AM EDT</u>, <u>Gregory E. Tracy</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 26, 2020</u>          By: <u>/s/Lisa Susoev</u>

Name: <u>Lisa Susoev</u>

Title: <u>Teacher</u>